United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVARISTO ANTONIO MARCHANTE-ZELAYA, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-00716 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| PAUL MCBRIDE, *et al*, Respondents. | § § | |

ORDER

Petitioner Evaristo Antonio Marchante-Zelaya filed a petition for writ of *habeas corpus* on January 30, 2026. Dkt 1.

Three days after filing the petition and without explanation, he moved to dismiss the petition under Rule 41(a) of the Federal Rules of Civil Procedure. Dkt 4.

The motion is DENIED. Dkt 4.

For the avoidance of doubt, as indicated in prior order, Respondents remain ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention. Dkt 5. Such filing must be made by February 9, 2026, absent extension. Petitioner may file any reply by February 12, 2026.

SO ORDERED.

Signed on February 2, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge