United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVARISTO ANTONIO MARCHANTE-ZELAYA,<br>　　　Petitioner, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-00716 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| PAUL MCBRIDE, *et al*,<br>　　　Respondents. | §<br>§ | |

## ORDER

Pending is a petition by Petitioner Evaristo Antonio Marchante-Zelaya for a writ of *habeas corpus*, challenging her detention as unlawful. Dkt 1.

The Government has submitted an advisory indicating that Petitioner is no longer in immigration detention. Dkt 8.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on  February 13, 2026  , at Houston, Texas.

　　　　　　　　　　　_____
　　　　　　　　　　　Honorable Charles Eskridge
　　　　　　　　　　　United States District Judge